UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN LEONARD CALVERT,<br><br>  Petitioner,<br><br>  v.<br><br>CHARLIE DANIELS and ROB MCKENNA,<br><br>  Respondents. | NO. CV-05-077-RHW<br><br>**ORDER DISMISSING PETITION FOR HABEAS RELIEF** |

Before the Court is Mr. Calvert's Petition for Habeas Relief pursuant to 28 U.S.C. § 2254 (Ct. Rec. 1). This matter has had a long procedural history consisting of multiple extensions and opportunities to amend. The Court's most recent Order, filed on October 25, 2006, gave Mr. Calvert time either to (1) amend his petition to include only his exhausted claim, clearly presenting and supporting with documentation his Petition for Writ of Habeas Corpus; or (2) move again for a stay and abeyance by (a) showing good cause for his failure to exhaust his remaining claims in state court, (b) demonstrating that these claims are not plainly meritless, and (c) demonstrating that he has been diligent in his pursuit of *state court* remedies. (Ct. Rec. 57, at 3).

Mr. Calvert has since corresponded with the Court several times. He submitted several documents showing his progress in the state court system, and he updated the Court on his changes of address and his receipt of legal materials. (Ct. Recs. 58, 59, 60, 61, 62, & 63). In his last correspondence with the Court, received and filed on March 15, 2007, Mr. Calvert gives his new address and states

ORDER DISMISSING PETITION FOR HABEAS RELIEF * 1

his legal work is in his possession. The Court has not received anything from Mr. Calvert since that time. Mr. Calvert has not amended his Petition, nor has he satisfied all three of the requirements necessary for this Court to grant him a stay and abeyance. In particular, he has not shown good cause for failure to exhaust, nor has he demonstrated that his unexhausted claims are not plainly meritless. Therefore, as the Court has given Mr. Calvert more than adequate opportunity to comply with its prior Orders and he has failed to do so, the Court dismisses his habeas petition with prejudice.

Accordingly, **IT IS HEREBY ORDERED:**

1. Petitioner John Leonard Calvert's Petition for Writ of Habeas Corpus (Ct. Rec. 1) is **DISMISSED with prejudice**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel and Petitioner and to **close the file**.

**DATED** this 11th day of February, 2008.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2005\Calvert\dismiss.ord.wpd

ORDER DISMISSING PETITION FOR HABEAS RELIEF * 2